IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IBIS OLIVA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE | : | |
| Commissioner of | : | NO. 10-2616 |
| Social Security | : | |

## ORDER

**AND NOW**, this 31st day of August, 2011, upon consideration of the Plaintiff's Motion for Summary Judgment and Request for Review (Document No. 11), the defendant's response, and after a careful and thorough review of the entire record, it is **ORDERED** as follows:

1. Plaintiff's request for review is **GRANTED** insofar as it requests that the matter be vacated and remanded;

2. Plaintiff's request for review is **DENIED** insofar as it requests reversal of the Commissioner's decision; and

3. This matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Memorandum Opinion accompanying this Order.

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE,  J.