IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IBIS OLIVA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE | : | |
| Commissioner of | : | NO.  10-2616 |
| Social Security | : | |

## ORDER

**AND NOW**, this 29th day of September, 2011, upon consideration of the Plaintiff's Motion to Amend Judgment Pursuant to F.R.C.P. 59 (Document No. 19) and the defendant having advised that he does not oppose the motion, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that footnote three of the Memorandum Opinion of August 31, 2011 is **STRICKEN** and an amended memorandum opinion will issue.

 /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.